CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 10 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| CARRIE A. LEESON, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 5:12cv033 |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) By: Hon. Michael F. Urbanski |
| Commissioner of Social Security, | ) United States District Judge |
| | ) |
| Defendant. | ) |

## ORDER

This matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The Magistrate Judge filed a report and recommendation on March 21, 2013 recommending that this matter be remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** and **ADJUDGED** that the plaintiff's motion for summary judgment (Dkt. # 17) is **GRANTED**, that the Commissioner's motion for summary judgment (Dkt. # 15) is **DENIED**, the report and recommendation (Dkt. # 19) is **ADOPTED in its entirety**, that this case be **REMANDED** to the Commissioner for further consideration consistent herewith pursuant to sentence four of 42 U.S.C. § 405(g), and that this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: April 10, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge